**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

Case Nos. 3:98-CV-10-MU, and 99-CV-161-MU (Consolidated)

| | |
|---|---|
| DEE-K ENTERPRISES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HEVEAFIL SDN.BHD., et al.,<br><br>Defendants. | ORDER ON PLAINTIFFS' MOTION TO DISMISS PURSUANT TO F.R. Civ. Pro. 41(a)(2) AS TO PT. BAKRIE SUMATERA PLANTATIONS (AKA PT. BAKRIE SUMATRA PLANTATIONS) AND PT. BAKRIE RUBBER INDUSTRIES ONLY |
| DEE-K ENTERPRISES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PT. BAKRIE SUMATERA PLANTATIONS, et al.,<br><br>Defendants. | |

THIS MATTER COMING before the undersigned on Plaintiffs' Motion to Dismiss <u>with Prejudice</u> Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure as to Defendants Pt. Bakrie Sumatera Plantations (aka Pt. Bakrie Sumatra Plantations) and Pt. Bakrie Rubber Industries and all claims related to those parties only;

AND IT APPEARING TO THE COURT that there is good cause for the requested dismissal with prejudice;

IT IS THEREFORE ORDERED that all claims and other matters in these consolidated actions related to Defendants Pt. Bakrie Sumatera Plantations (aka Pt. Bakrie Sumatra Plantations) and Pt. Bakrie Rubber Industries are hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

Signed: May 28, 2008

Graham C. Mullen
United States District Judge